## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

THINK GREEN LIMITED d/b/a HAAKAA,   )
  )
      Plaintiff,   )
  ) Case No. 1:21-cv-05445
v.   )
  ) Hon. Thomas M. Durkin
MEDELA AG and MEDELA LLC,   )
  )
      Defendants.   )
  )

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Northern District of Illinois Local Rule 7.1, Defendants Medela AG and Medela LLC hereby move for leave to exceed the fifteen page limit for its Opposition to Plaintiff's Motion for a Temporary Restraining Order and oral motion to extend the TRO by 14 days. The Opposition is being filed concurrently with this motion.

Defendants require additional pages to provide a full response to Plaintiff's motions, to demonstrate that that the TRO should not have been granted and should not be extended.

Respectfully submitted,

Date: October 27, 2021      By: /s/ *Michael R. Weiner*
                          Jeremy R. Kriegel
                          Thomas L. Duston
                          Michael R. Weiner
                          Katherine Nuehring Su
                          John Lucas
                          MARSHALL, GERSTEIN & BORUN LLP
                          233 S. Wacker Dr., Suite 6300
                          Chicago, IL 60606
                          T: 312.474.6300
                          F: 312.474.0448
                          E: jkriegel@marshallip.com
                          E: tduston@marshallip.com
                          E: mweiner@marshallip.com
                          E: knuehringsu@marshallip.com
                          E: jlucas@marshallip.com

*Counsel for Defendants*
*Medela AG and Medela LLC*