IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Think Green Limited d/b/a Haakaa, <br><br>      Plaintiff,<br>v.<br><br>Medela AG and Medela LLC,<br><br>      Defendants. | CASE No. 1:21-CV-05445 <br><br> Hon. Thomas M. Durkin <br><br> Mag. Judge Heather K. McShain |

### PLAINTIFF'S OPPOSITION TO MOTION TO EXCEED PAGE LIMIT

The Medela Defendants' midnight-filed opposition is 30 pages. Think Green opposes the motion because (1) there was no meet-and-confer (the motion and the opposition length came as a surprise) and (2) doubling the page limit is excessive.

Had there been a request for a handful of extra pages, of course Think Green would grant consent as a professional courtesy. Given the accelerated proceedings, Think Green cannot consent because of prejudice in having to deal with such length while preparing today's reply, and simultaneously preparing for tomorrow's argument.

It bears mention that our original preliminary injunction memorandum was drafted to be 20 pages, but was trimmed to 15 to comply with the rules.

Dated: October 28, 2021      Respectfully submitted,

                 */s/Robert P. Greenspoon*

                 Dunlap Bennett & Ludwig PLLC

                 Robert P. Greenspoon
                 Michael R. La Porte
                 333 N. Michigan Avenue, Suite 2700
                 Chicago, IL 60601
                 T: 312-551-9500
                 F: 312-551-9501

Thomas Dunlap (*pro hac vice*)
211 Church St. SE
Leesburg, VA 20175
T: 703-777-3656
F: 703-777-7319

Sarah Kessler (*pro hac vice*)
1870 The Exchange SE #200
Atlanta, GA 30339
T: 404-692-5953
F: 703-777-3656

**Attorneys for Plaintiff,**
**Think Green Limited d/b/a Haakaa**