**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| THINK GREEN LIMITED d/b/a HAAKAA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-05445 |
| v. | ) | |
| | ) | Hon. Thomas M. Durkin |
| MEDELA AG and MEDELA LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO STRIKE UNTIMELY DECLARATIONS

Defendants Medela AG and Medela LLC (jointly, "Medela") move to strike Plaintiff Think Green Limited's ("Think Green") untimely declarations of Rhonda J. Harper (Dkt. No. 33) and Tim P. Fletcher (Dkt. No. 39), which should have been filed on October 14, 2021, at the time Think Green filed its motion for a preliminary injunction (Dkt. 7). These declarations are improper under Fed. R. Civ. P. 6(c)(2) and LR 78.4, and should not be relied on by the Court in its consideration of either Think Green's motion to extend the TRO (scheduled for hearing on October 29), or Think Green's motion for a preliminary injunction.

Federal Rule of Civil Procedure 6(c)(2) requires that, "Any affidavit supporting a motion *must be served with the motion*." Fed. R. Civ. P. 6(c)(2) (emphasis added). Similarly, Local Rule 78.4 provides that, "Where evidentiary matter, in addition to affidavits permitted or required under Rules 5 or 6 of the Federal Rules of Civil Procedure, will be submitted in support of a motion, copies thereof *shall be served with the notice of motion*." LR 78.4 (emphasis added). Because the Harper and Fletcher declarations run afoul of Rule 6(C)(2) and LR 78.4, they should be stricken. *See, e.g., IPFS Corp. v. Carrillo*, No. 2:14-CV-00509-GMN, 2014 WL 3002087, at *2 (D. Nev. June 27, 2014) (striking late-filed affidavit for violating Rule 6(c)(2)).

Although both declarations were purportedly filed in support of Think Green's motion for a preliminary injunction, Think Green apparently seeks to rely on these declarations in support of its motion to extend the TRO, scheduled for hearing on October 29 (the date on which the TRO entered on October 15 expires). Indeed, Think Green cited the Fletcher declaration in its *reply brief* in support of its motion to extend the TRO, filed today (Dkt. 41). In a telephonic hearing held on October 22, the Court indicated that Think Green could file a short reply brief on October 28. *See* Dkt. 30. But the Court did not authorize Think Green to supplement the evidence it filed in support of its motion for a preliminary injunction or motion for a TRO.

Medela would be unfairly prejudiced by permitting filing of the untimely declarations. These declarations are not proper rebuttal evidence. They do not even refer to Medela's opposition to Think Green's motion to extend the TRO, filed on October 27 (Dkt. 35), and were obviously prepared well in advance of that filing. (The Harper declaration is 23 pages long and introduces new evidence about the breast pump market generally and specific individual products on the market, and the Fletcher declaration is 40 pages long, and introduces 16 new design patents purportedly related to functionality of various breast pump components.) Think Green offers no excuse for either the tardiness of its declarations or its failure to request leave to file them after the time permitted under the rules.

For these reasons, the Court should strike the Harper declaration (Dkt. No. 33) and the Fletcher declaration (Dkt. No. 39), and not consider this improper evidence in its consideration of Think Green's motion to extend the TRO or motion for a preliminary injunction.

Date: October 28, 2021

By: */s/ Michael R. Weiner*
Jeremy R. Kriegel
Thomas L. Duston
Michael R. Weiner
Katherine Nuehring Su
John Lucas

MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Dr., Suite 6300
Chicago, IL 60606
T: 312.474.6300
F: 312.474.0448
E: jkriegel@marshallip.com
E: tduston@marshallip.com
E: mweiner@marshallip.com
E: knuehringsu@marshallip.com
E: jlucas@marshallip.com

*Counsel for Defendants*
*Medela AG and Medela LLC*