**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Think Green Limited d/b/a Haakaa,<br><br>Plaintiff,<br><br>v.<br><br>Medela AG and Medela LLC,<br><br>Defendants. | **CASE No. 1:21-CV-05445**<br><br>**Hon. Georgia N Alexakis**<br><br>**Mag. Judge Heather K. McShain** |

**OPPOSED RENEWED *DAUBERT* MOTION TO STRIKE THE EXPERT REPORT OF MEDELA'S EXPERT DR. CYNTHIA COHEN**

Plaintiff, Think Green Limited, moves this Court to Strike the Expert Report of Medela's Expert Dr. Cynthia Cohen. In support of its motion, Think Green is simultaneously filing a memorandum of law.

In accordance with this Court's Motion Practice, Think Green requests that the Court enter a briefing schedule.

Therefore, Think Green respectfully requests that this Court grant its Motion.

Dated: October 11, 2024

Respectfully submitted,

*/s/ Michael R. La Porte*

Robert P. Greenspoon
Michael R. La Porte
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
T: 312-551-9500
F: 312-551-9501
rgreenspoon@dbllawyers.com
mlaporte@dbllawyers.com

Thomas Dunlap (*pro hac vice*)

211 Church St. SE
Leesburg, VA 20175
T: 703-777-3656
F: 703-777-7319
tdunlap@dbllawyers.com

**Attorneys for Plaintiff,**
**Think Green Limited d/b/a Haakaa**